UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| PARIJAT JOY, M.D.,<br><br>     Plaintiff,<br><br>vs.<br><br>STATE OF IOWA, UNIVERSITY OF IOWA, AND IOWA BOARD OF REGENTS,<br><br>     Defendants. | No. 3:25-cv-00033-SHL-SBJ<br><br><br>PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

COMES NOW Plaintiff Parijat Joy, M.D., and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses the above captioned case without prejudice.

Dated this 28th day of April, 2025

Respectfully Submitted

CARNEY & APPLEBY, P.L.C.

_____
Michael J. Carroll (AT0001311)
303 Locust Street, Suite 400
Des Moines IA 50309-1770
Telephone: 515/282-6803
Facsimile: 515/282-4700
E-mail: mike@carneyappleby.com
ATTORNEY FOR PLAINTIFF

1

CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, I filed the foregoing with the Clerk of Court which will send notification of such filing electronically through the Court's ECF system to counsel of record.

/s/ Michael Carroll